**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6967**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEVON CLARKE, a/k/a Little Wayne, a/k/a John
Brown,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-88-126, CA-96-1020-2)

---

Submitted: March 23, 2000          Decided: March 29, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Devon Clarke, Appellant Pro Se. Theodore Ridley Carron, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Devon Clarke appeals from the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Clarke</u>, Nos. CR-88-126; CA-96-1020-2 (E.D. Va. May 21 & June 30, 1999). We also deny Clarke's motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>